IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )           8:03CR503
                               )
      v.                       )
                               )
JEREMAIN TAYLOR,               )           ORDER
                               )
              Defendant.       )
_____)
```

IT IS ORDERED that plaintiff's motion pursuant to Rule 35(b) (Filing No. 28) is scheduled for hearing on:

**Wednesday, August 17, 2005, at 10:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 9th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court