IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )          8:03CR503
                              )
       v.                     )
                              )
JEREMAIN TAYLOR,              )          ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion (Filing No. 27) to strike Filing No. 26 as it is an incorrect document. Accordingly,

IT IS ORDERED that plaintiff's motion to strike is granted; the clerk shall strike Document No. 26.

DATED this 9th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court