IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR503 |
| v. | ) | |
| JEREMAIN TAYLOR, | ) | ORDER |
| Defendant. | ) | |

On August 17, 2005, defendant appeared through counsel on a motion for reduction of sentence (Filing No. 28), filed by the plaintiff, pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion for reduction of sentence is granted.

2) Defendant be committed to the custody of the Bureau of Prisons for a term of sixty (60) months. Defendant is to be given credit for time previously served under the previous Judgment and Committal Order dated June 4, 2004, which was signed and filed on June 16, 2004 (Filing No. 24).

3) All other terms and conditions of the Judgment and Committal Order remain in full force and effect.

4) That the transcript of the Rule 35 hearing of August 17, 2005, be sealed.

DATED this 18th day of August, 2005.

> BY THE COURT:
>
> /s/ Lyle E. Strom
> _____
> LYLE E. STROM, Senior Judge
> United States District Court