IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
|       Plaintiff, | ) | 8:03CR503 |
| v. | ) | |
| JEREMAIN TAYLOR, | ) | ORDER |
|       Defendant. | ) | |

      The Clerk's Office has requested that Document Number 34 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

      IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 34 from the record. The party is directed to re-file the document.

      DATED this 23rd day of September, 2005.

                                                                             BY THE COURT:

                                                                             /s/ Lyle E. Strom
                                                                             _____
                                                                             LYLE E. STROM, Senior Judge
                                                                             United States District Court