IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR503 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMAIN TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On May 7, 2009, the defendant appeared with counsel for a disposition hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 36). Defendant was present and represented by Karen Shanahan. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. The defendant admitted the allegations contained in the Petition and the Court found the defendant to be in violation of the conditions of his supervised release. The Court then proceeded to sentencing.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 8 months. The defendant will receive credit for the time served in custody since February 4, 2009.

2. Upon completion of the defendant's incarceration, he will be placed on supervised release for a period of 52 months, under the same terms and conditions of release

previously imposed on June 16, 2004 (Filing No. 24), with the additional condition that he participate in any domestic violence programs recommended by his supervising probation officer.

DATED this 7th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.


                                                                                                                 _____
_____Signature of Defendant


## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.


                                                                                                                 _____
_____UNITED STATES WARDEN


By: _____


**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**


## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.


                                                                                                                 _____
_____UNITED STATES WARDEN


By: _____